UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SONYA WINKLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:24-cv-00149-PPS-APR |
| DAVID JOHN HARRIS, M.D., and FRANCISCAN ALLIANCE, INC., *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Libby Yin Goodknight of the law firm of Krieg DeVault LLP, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204, hereby enters her appearance on behalf of Defendant Franciscan Alliance, Inc.

Respectfully submitted,

Libby Yin Goodknight
Libby Yin Goodknight, Atty. No. 20880-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
Telephone:  (317) 636-4341 (Main)
            (317) 238-6315 (Direct)
Facsimile:  (317) 636-1507
E-Mail:     lgoodknight@kdlegal.com

*Attorney for Defendant Franciscan Alliance, Inc.*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the forgoing was also served on the following individual by U.S. Mail, postage prepaid, this 2nd day of May, 2024:

Sonya Winkler
3826 170th Street
Hammond, Indiana 46323

              /s/ Libby Yin Goodknight
              Libby Yin Goodknight

KD_15287434_1.docx