**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| SONYA WINKLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-cv-00149-PPS-APR |
| | ) |
| DAVID JOHN HARRIS, M.D., and | ) |
| FRANCISCAN ALLIANCE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

Julie A. Rosenwinkel of the law firm of Krieg DeVault LLP, 8001 Broadway, Suite 400, Merrillville, Indiana 46410, hereby enters her appearance on behalf of Defendant Franciscan Alliance, Inc.

Respectfully submitted,

/s/ Julie A. Rosenwinkel
Julie A. Rosenwinkel, Attorney No. 18447-53
KRIEG DeVAULT LLP
8001 Broadway, Suite 400
Merrillville, Indiana 46410
Telephone:   (219) 227-6100
             (219) 227-6106 (Direct)
E-Mail:      jrosenwinkel@kdlegal.com

*Attorney for Defendant Franciscan Alliance, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the forgoing was also served on the following individual by U.S. Mail, postage prepaid, this 2nd day of May, 2024:

Sonya Winkler
3826 170th Street
Hammond, Indiana 46323

                                            /s/ Julie A. Rosenwinkel
                                            Julie A. Rosenwinkel

KD_15287453_1.docx