# Exhibit A

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## SONYA WINKLER v. ANONYMOUS ALLIANCE INC, DR A, DR B

| | |
|---|---|
| Case Number | 45D01-2104-CT-000397 |
| Court | Lake Superior Court, Civil Division 1 |
| Type | CT - Civil Tort |
| Filed | 04/23/2021 |
| Status | 10/17/2022 , Decided |
| Related | Other |
| |             45D01-1810-PL-000401 |
| | Lower Trial Court Case |
| |             23A-CT-01091 |

## Parties to the Case

**Defendant**   ANONYMOUS ALLIANCE INC

    <u>Attorney</u>
    Julie Ann Rosenwinkel
    *#1844753, Lead, Retained*

    Krieg Devault LLP
    8001 Broadway, Suite 400
    Merrillville, IN 46410
    219-227-6100(W)

    <u>Attorney</u>
    Nicole Marie Keith
    *#2931264, Retained*

    KRIEG DEVAULT LLP
    800 Broadway, Suite 400
    Merrillville, IN 46410
    219-227-6104(W)

**Defendant**   DR A

    <u>Address</u>
    801 MacARTHUR BLVD
    STE 304
    Munster, IN 46321

    <u>Attorney</u>
    Matthew Scott Ver Steeg
    *#2378464, Retained*

    3592 N HOBART RD
    Hobart, IN 46342
    312-321-3520(W)

**Defendant**   DR B

    <u>Address</u>
    7905 CALUMET AVE
    Munster, IN 46321

**Plaintiff**     SONYA WINKLER

    <u>Description</u>
    Female

    <u>Address</u>
    3826 W 170TH ST
    Hammond, IN 46323

    <u>Attorney</u>
    Pro Se

## Chronological Case Summary

| | | |
|---|---|---|
| 10/17/2018 | **Service Issued** | |
| | C# | |
| | Issued: | 10/17/2018 |
| 10/17/2018 | **Service Issued** | |
| | C# | |
| | Issued: | 10/17/2018 |
| 10/17/2018 | **Service Issued** | |
| | C# | |
| | Issued: | 10/17/2018 |
| 10/17/2018 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Misch, Michael Paul |
| | For Party: | Reid, Myra Renet |
| | File Stamp: | 09/06/2018 |
| 10/17/2018 | **Complaint/Equivalent Pleading Filed** | |
| | COMPLAINT W/ JURY DEMAND | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 09/06/2018 |
| 11/10/2018 | **Certified Mail Returned** | |
| | Green card signed: Franciscan Alliance | |
| | Date Signed: | 10/22/2018 |
| 11/10/2018 | **Certified Mail Returned** | |
| | Green card signed - Jay Korach MD | |
| | Date Signed: | 10/22/2018 |
| 09/18/2019 | **First Class Mail Returned** | |
| | Returned mail-Return to Sender, Attempted Not Know, Unable to forward | |
| | File Stamp: | 09/19/2019 |
| 10/10/2019 | **Motion Filed** | |
| | MOTION TO RETAIN ON ACTIVE DOCKET | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 10/10/2019 |
| 10/10/2019 | **Order Approving** | |
| | Retain on Active Docket | |
| | Judicial Officer: | Sedia, John M |
| | Order Signed: | 10/10/2019 |
| 10/11/2019 | **Appearance Filed** | |
| | Appearance of Julie A. Rosenwinkel | |
| | For Party: | ANONYMOUS ALLIANCE INC |
| | File Stamp: | 10/11/2019 |
| 10/11/2019 | **Appearance Filed** | |
| | Appearance of Nicole M. Keith | |
| | For Party: | ANONYMOUS ALLIANCE INC |
| | File Stamp: | 10/11/2019 |
| 10/31/2019 | **First Class Mail Returned** | |
| | Returned Mail from North Point Orthopedics notiying that There is no Defenant under that name. | |
| | File Stamp: | 10/31/2019 |
| 12/04/2019 | **Motion to Compel Discovery Filed** | |
| | Motion to Compel Discovery Responses | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 12/04/2019 |
| 12/04/2019 | **Appearance Filed** | |
| | Appearance MRR | |
| | For Party: | SONYA WINKLER |
| | File Stamp: | 12/04/2019 |

| 12/27/2019 | Order Granting | |
|---|---|---|
| | Compelling Discovery | |
| | Judicial Officer: | Sedia, John M |
| | Order Signed: | 12/27/2019 |
| 04/15/2021 | Appearance Filed | |
| | Appearance for Dr. A | |
| | For Party: | DR A |
| | File Stamp: | 04/14/2021 |
| 04/15/2021 | Motion for Enlargement of Time Filed | |
| | Motion for Extension of Time to File an Answer or Responsive Pleading | |
| | Filed By: | DR A |
| | File Stamp: | 04/14/2021 |
| 04/15/2021 | Order Granting | |
| | Motion for Enlargement of Time to File and Answer on Responsive Pleading | |
| | Judicial Officer: | Sedia, John M |
| | Order Signed: | 04/15/2021 |
| 04/23/2021 | Case Opened as a New Filing | |
| 04/23/2021 | Case Venued In | |
| | from: 45D01-1810-PL-000401 | |
| 04/23/2021 | Order Issued | |
| | Rec'd 04/23/2021. Order To Change Case Designation | |
| | Judicial Officer: | Sedia, John M |
| | Order Signed: | 04/22/2021 |
| 04/24/2021 | Automated Paper Notice Issued to Parties | |
| | Order Issued ---- 4/23/2021 : DR B | |
| 04/24/2021 | Automated ENotice Issued to Parties | |
| | Order Issued ---- 4/23/2021 : Julie Ann Rosenwinkel;Michael Paul Misch;Matthew Scott Ver Steeg;Nicole Marie Keith;Myra Renet Reid | |
| 07/06/2021 | Motion for Enlargement of Time Filed | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 07/06/2021 |
| 07/30/2021 | Motion to Withdraw Appearance Filed | |
| | MOTION TO WITHDRAW APPEARANCE | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 07/30/2021 |
| 07/30/2021 | Order Granting | |
| | Withdrawal of Appearance | |
| | Judicial Officer: | Sedia, John M |
| | Noticed: | Misch, Michael Paul |
| | Noticed: | Reid, Myra Renet |
| | Noticed: | Rosenwinkel, Julie Ann |
| | Noticed: | Keith, Nicole Marie |
| | Noticed: | DR B |
| | Noticed: | Ver Steeg, Matthew Scott |
| | Order Signed: | 07/30/2021 |
| 07/31/2021 | Automated Paper Notice Issued to Parties | |
| | Order Granting ---- 7/30/2021 : DR B | |
| 07/31/2021 | Automated ENotice Issued to Parties | |
| | Order Granting ---- 7/30/2021 : Julie Ann Rosenwinkel;Michael Paul Misch;Matthew Scott Ver Steeg;Nicole Marie Keith;Myra Renet Reid | |
| 08/05/2021 | Clerk Administrative Event | |
| | CLERK MAILED OUT COPY OF ORDER GRANTING MOTION TO WITHDRAW APPEARANCE TO PLAINTIFF. | |
| 11/24/2021 | Clerk Administrative Event | |
| | Correspondence Filed on Oct 29 under old Case # 45D01-1810-PL-000401 | |

| 11/24/2021 | Correspondence to/from Court Filed | |
|---|---|---|
| | Correspondence and Exhibits 1-5 | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 11/24/2021 |
| 11/24/2021 | **Document Filed** | |
| | CCS Correspondence and add E-mail Address | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 11/24/2021 |
| 09/08/2022 | **Motion for Summary Judgment Filed** | |
| | Dr. A's Motion for Summary Judgment | |
| | Filed By: | DR A |
| | File Stamp: | 09/08/2022 |
| 09/08/2022 | **Memorandum/Brief Filed** | |
| | Memorandum of Law in Support of Dr. A's Motion for Summary Judgment | |
| | Filed By: | DR A |
| | File Stamp: | 09/08/2022 |
| 09/08/2022 | **TR56 Evidence Designation Filed** | |
| | Dr. A's Trial Rule 56(C) Designation of Evidence | |
| | Filed By: | DR A |
| | File Stamp: | 09/08/2022 |
| 09/09/2022 | **Motion for Summary Judgment Filed** | |
| | Franciscan Alliance, Inc.'s Motion for Summary Judgment | |
| | Filed By: | ANONYMOUS ALLIANCE INC |
| | File Stamp: | 09/09/2022 |
| 09/09/2022 | **TR56 Evidence Designation Filed** | |
| | Franciscan Alliance, Inc.'s Designation of Evidence in Support of Motion for Summary Judgment | |
| | Filed By: | ANONYMOUS ALLIANCE INC |
| | File Stamp: | 09/09/2022 |
| 09/09/2022 | **Memorandum/Brief Filed** | |
| | Franciscan Alliance, Inc.'s Memorandum of Law in Support of Motion for Summary Judgment | |
| | Filed By: | ANONYMOUS ALLIANCE INC |
| | File Stamp: | 09/09/2022 |
| 10/14/2022 | **Motion Filed** | |
| | Dr. A's Motion for Hearing on Pending Motions for Summary Judgment | |
| | Filed By: | DR A |
| | File Stamp: | 10/14/2022 |
| 10/17/2022 | **Order Granting** | |
| | Granting Defendant's Motion for Summary Judgment | |
| | Judicial Officer: | Sedia, John M |
| | Order Signed: | 10/17/2022 |
| 10/18/2022 | **Automated Paper Notice Issued to Parties** | |
| | Order Granting ---- 10/17/2022 : DR B | |
| 10/18/2022 | **Automated ENotice Issued to Parties** | |
| | Order Granting ---- 10/17/2022 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER | |
| 11/16/2022 | **Correspondence to/from Court Filed** | |
| | LETTER TO JUDGE AND CORRESPONDENCE TO SUMMARY JUDGMENT | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 11/16/2022 |
| 11/16/2022 | **Correspondence to/from Court Filed** | |
| | CCS Entry Form and Correspondence | |
| | Filed By: | SONYA WINKLER |
| | Forwarded To: | ANONYMOUS ALLIANCE INC |
| | Forwarded To: | Rosenwinkel, Julie Ann |
| | Forwarded To: | Keith, Nicole Marie |
| | File Stamp: | 11/16/2022 |

| | | |
|---|---|---|
| 11/17/2022 | **Hearing Scheduling Activity** | |
| | Status Hearing scheduled for 01/17/2023 at 11:00 AM. | |
| 11/17/2022 | **Order Issued** | |
| | Setting Status Hearing | |
| | Judicial Officer: | Sedia, John M |
| | Noticed: | SONYA WINKLER |
| | Noticed: | Rosenwinkel, Julie Ann |
| | Noticed: | Keith, Nicole Marie |
| | Noticed: | DR B |
| | Noticed: | Ver Steeg, Matthew Scott |
| | Order Signed: | 11/17/2022 |
| 11/17/2022 | **Hearing Scheduling Activity** | |
| | Status Hearing scheduled for 01/17/2023 at 11:00 AM was cancelled. Reason: Change of Hearing Type. | |
| 11/17/2022 | **Hearing Scheduling Activity** | |
| | Hearing scheduled for 01/17/2023 at 11:00 AM. | |
| 11/17/2022 | **Order Issued** | |
| | Motion for Relief from Judgment | |
| | Judicial Officer: | Sedia, John M |
| | Noticed: | SONYA WINKLER |
| | Noticed: | Rosenwinkel, Julie Ann |
| | Noticed: | Keith, Nicole Marie |
| | Noticed: | DR B |
| | Noticed: | Ver Steeg, Matthew Scott |
| | Order Signed: | 11/17/2022 |
| 11/18/2022 | **Automated Paper Notice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 11/17/2022 : DR B Order Issued ---- 11/17/2022 : DR B Hearing Scheduling Activity ---- 11/17/2022 : DR B Hearing Scheduling Activity ---- 11/17/2022 : DR B Order Issued ---- 11/17/2022 : DR B | |
| 11/18/2022 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 11/17/2022 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER Order Issued ---- 11/17/2022 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER Hearing Scheduling Activity ---- 11/17/2022 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER Hearing Scheduling Activity ---- 11/17/2022 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER Order Issued ---- 11/17/2022 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER | |
| 11/28/2022 | **Document Filed** | |
| | Letter | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 11/28/2022 |
| 11/29/2022 | **Motion to Strike Filed** | |
| | Defendants' Joint Motion to Strike | |
| | Filed By: | ANONYMOUS ALLIANCE INC |
| | File Stamp: | 11/28/2022 |
| 11/30/2022 | **Order Issued** | |
| | Granting Motion to Strike | |
| | Judicial Officer: | Sedia, John M |
| | Order Signed: | 11/30/2022 |
| 12/01/2022 | **Automated Paper Notice Issued to Parties** | |
| | Order Issued ---- 11/30/2022 : DR B | |
| 12/01/2022 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 11/30/2022 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER | |
| 12/05/2022 | **Response Filed** | |
| | Defendants' Joint Response to Motion for Relief from Judgment | |
| | Filed By: | ANONYMOUS ALLIANCE INC |
| | File Stamp: | 12/02/2022 |

| 12/14/2022 | Document Filed | |
|---|---|---|
| | CCS Entry Form | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 12/14/2022 |
| 12/14/2022 | Appearance Filed | |
| | Petitioner files Appearance | |
| | For Party: | SONYA WINKLER |
| | File Stamp: | 12/14/2022 |
| 12/14/2022 | Motion Filed | |
| | Petitioner files Motion | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 12/14/2022 |
| 12/14/2022 | Document Filed | |
| | Petitioners Drivers License | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 12/14/2022 |
| 12/27/2022 | First Class Mail Returned | |
| | Returned mail- Return to Sender, Attempted not Known, Unable to forward | |
| 01/03/2023 | Response Filed | |
| | Defendants' Joint Response to Plaintiff's Motion to Strike | |
| | Filed By: | ANONYMOUS ALLIANCE INC |
| | Filed By: | DR A |
| | File Stamp: | 01/03/2023 |
| 01/06/2023 | Document Filed | |
| | CCS Entry Form filed | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 01/06/2023 |
| 01/06/2023 | Motion Filed | |
| | Motion for requests leave to file a Reply to Defense Joint Response for extension | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 01/06/2023 |
| 01/06/2023 | Document Filed | |
| | Driver's License filed | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 01/06/2023 |
| 01/09/2023 | Hearing Scheduling Activity | |
| | Hearing scheduled for 01/17/2023 at 11:00 AM was cancelled. Reason: Other. | |
| 01/09/2023 | Hearing Scheduling Activity | |
| | Hearing scheduled for 02/13/2023 at 3:00 PM. | |
| 01/09/2023 | Order Granting | |
| | TIME TO REPLY TO JOINT RESPONSE AND RESETTING HEARING | |
| | Judicial Officer: | Sedia, John M |
| | Order Signed: | 01/09/2023 |
| 01/10/2023 | Automated Paper Notice Issued to Parties | |
| | Hearing Scheduling Activity ---- 1/9/2023 : DR B Hearing Scheduling Activity ---- 1/9/2023 : DR B Order Granting ---- 1/9/2023 : DR B | |
| 01/10/2023 | Automated ENotice Issued to Parties | |
| | Hearing Scheduling Activity ---- 1/9/2023 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER Hearing Scheduling Activity ---- 1/9/2023 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER Order Granting ---- 1/9/2023 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER | |
| 01/17/2023 | CANCELED Status Hearing | |
| | Reason: | Change of Hearing Type |
| | Session: | |
| | 01/17/2023 11:00 AM, Cancelled | |

| 01/17/2023 | CANCELLED Hearing | |
|---|---|---|
| | Reason: | Other |
| | Session: | |
| | | 01/17/2023 11:00 AM, Cancelled |
| | Comment: | Motion for Relief from Judgment |
| 01/23/2023 | Document Filed | |
| | CCS | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 01/23/2023 |
| 01/23/2023 | Response Filed | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 01/23/2023 |
| 02/13/2023 | Hearing | |
| | Session: | |
| | | 02/13/2023 3:00 PM, Judicial Officer: Sedia, John M |
| 02/13/2023 | Hearing Journal Entry | |
| | The Court convenes for hearing on Plaintiff's Motion. The plaintiff, Sonya Winkler appears in person and pro se; the defendants appear by Attorneys Julia Ann Rosenwinkel and Matthew S. Ver Steeg. The Court takes the matter under advisement. | |
| | Judicial Officer: | Sedia, John M |
| | Hearing Date: | 02/13/2023 |
| 02/13/2023 | Administrative Event | |
| | The hearing journal entry entered 2/13/23 is to also include: The Court takes the matter under advisement. | |
| 02/14/2023 | Automated Paper Notice Issued to Parties | |
| | Hearing Journal Entry ---- 2/13/2023 : DR B | |
| 02/14/2023 | Automated ENotice Issued to Parties | |
| | Hearing Journal Entry ---- 2/13/2023 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER | |
| 02/14/2023 | Order Issued | |
| | Denying Plaintiff's Motion For Relief From Judgment | |
| | Judicial Officer: | Sedia, John M |
| | Noticed: | SONYA WINKLER |
| | Noticed: | Rosenwinkel, Julie Ann |
| | Noticed: | Keith, Nicole Marie |
| | Noticed: | Ver Steeg, Matthew Scott |
| | Order Signed: | 02/14/2023 |
| 02/15/2023 | Automated ENotice Issued to Parties | |
| | Order Issued ---- 2/14/2023 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER | |
| 03/15/2023 | Motion Filed | |
| | Plantiff files Motion to Correct Error | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 03/15/2023 |
| 03/30/2023 | Document Filed | |
| | Defendants' Joint Statement in Opposition to Plaintiff's Motion to Correct Error | |
| | Filed By: | ANONYMOUS ALLIANCE INC |
| | Filed By: | DR A |
| | File Stamp: | 03/30/2023 |
| 04/12/2023 | Document Filed | |
| | Pro Se Motion to Proceed as a Poor Person | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 04/12/2023 |
| 04/12/2023 | Petition Filed | |
| | ProSe Petition for Leave to Proceed as a Poor Person | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 04/12/2023 |

| 04/12/2023 | Affidavit Filed | |
|---|---|---|
| | Affidavit of Indigency/Documents | |
| | Filed By: | SONYA WINKLER |
| | File Date: | 04/12/2023 |
| 04/17/2023 | **Order Issued** | |
| | ORDER DENYING MOTION TO CORRECT ERRORS ORDER GRANTING MOTION TO PROCEED AS A POOR PERSON | |
| | Judicial Officer: | Sedia, John M |
| | Order Signed: | 04/17/2023 |
| 04/18/2023 | **Automated Paper Notice Issued to Parties** | |
| | Order Issued ---- 4/17/2023 : DR B | |
| 04/18/2023 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 4/17/2023 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER | |
| 05/09/2023 | **Appearance Filed** | |
| | pro se | |
| | For Party: | SONYA WINKLER |
| | File Stamp: | 05/09/2023 |
| 05/09/2023 | **Clerical Mistake Corrected** | |
| | Appearance entry made in error on 05-09-2023 | |
| 05/09/2023 | **Document Filed** | |
| | CCS, I.D. | |
| | File Stamp: | 05/09/2023 |
| 05/09/2023 | **Amended Pleading Filed** | |
| | 'Amended Complaint and Cert. of Service | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 05/09/2023 |
| 05/16/2023 | **Notice of Appeal Received** | |
| | File Stamp: | 05/16/2023 |
| 05/16/2023 | **Notice of Completion of Clerk's Record** | |
| | Notice of Completion of Clerk's Records E-Filed to Supreme Court of Appeals in Indianapolis and certified copies of docket mailed to all parties by regular mail | |
| 06/14/2023 | **Notice of Transcript Filed** | |
| 06/14/2023 | **Notice of Completion of Transcript Filed** | |
| 12/21/2023 | **Appellate Court's Request for Transcript** | |
| | Transcript sent to Clerk of the Appellate Court via certified mail on 12/21/23 | |
| | File Stamp: | 12/21/2023 |
| 01/05/2024 | **Service Returned Served** | |
| | Green card signed/served-Clerk of the Appellate Court | |
| | Date Served: | 01/02/2024 |
| 02/26/2024 | **Document Filed** | |
| | CCS Entry Form filed | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 02/26/2024 |
| 02/26/2024 | **Motion Filed** | |
| | Verified Motion for Emergency Temporary. Preliminary and Permanent Injunctive Relief, Declaratory Judgment | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 02/26/2024 |
| 02/26/2024 | **Document Filed** | |
| | CCS Entry Form filed | |
| | Filed By: | SONYA WINKLER |
| | File Stamp: | 02/26/2024 |

| 02/26/2024 | Motion Filed |  |
|---|---|---|
|  | Verified Motion for Nunc Pro Tunc Order | |
|  | Filed By: | SONYA WINKLER |
|  | File Stamp: | 02/26/2024 |

| 02/27/2024 | Order Issued | |
|---|---|---|
|  | On Motion Of Plaintiff Sonya Winkler | |
|  | Judicial Officer: | Sedia, John M |
|  | Noticed: | SONYA WINKLER |
|  | Noticed: | Rosenwinkel, Julie Ann |
|  | Noticed: | Keith, Nicole Marie |
|  | Noticed: | DR B |
|  | Noticed: | Ver Steeg, Matthew Scott |
|  | Order Signed: | 02/27/2024 |

| 02/28/2024 | Automated ENotice Issued to Parties |
|---|---|
|  | Order Issued ---- 2/27/2024 : Julie Ann Rosenwinkel;Matthew Scott Ver Steeg;Nicole Marie Keith;SONYA WINKLER |

| 02/28/2024 | Automated Paper Notice Issued to Parties |
|---|---|
|  | Order Issued ---- 2/27/2024 : DR B |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### SONYA WINKLER
Plaintiff

**Balance Due** (as of 05/01/2024)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 0.00 | 0.00 | 0.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/23/2021 | Transaction Assessment | 177.00 |
| 04/23/2021 | Waiver | 177.00 |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.