# Exhibit B

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Sonya Winkler v. Anonymous Alliance, Inc., et al.

| | |
|---|---|
| Case Number | 23A-CT-01091 |
| Court | Court of Appeals |
| Type | CT - Civil Tort |
| Filed | 05/09/2023 |
| Status | 01/18/2024 , Transmitted to Court  (active) |
| Reference | Original County Cause Number<br>45D012104CT397 |
| Related | Lower Trial Court Case<br>45D01-2104-CT-000397 |

## Parties to the Case

Appellant   SONYA WINKLER

> Description
> Female
>
> Address
> 3826 170tth ST
> Hammond, IN 46323
>
> Attorney
> Pro Se

Appellee    ANONYMOUS ALLIANCE INC

> Attorney
> Julie Ann Rosenwinkel
> *#1844753, Lead, Retained*
>
> Krieg Devault LLP
> 8001 Broadway, Suite 400
> Merrillville, IN 46410
> 219-227-6100(W)
>
> Attorney
> Libby Yin Goodknight
> *#2088049, Retained*
>
> KRIEG DeVAULT LLP
> One Indiana Square
> Suite 2800
> Indianapolis, IN 46204-2079
> 317-238-6315(W)

Appellee    DR A

> Address
> 801 MacARTHUR BLVD
> STE 304
> Munster, IN 46321
>
> Attorney
> Bryan Elliott Rogers
> *#3178745, Retained*
>
> Swanson, Martin & Bell, LLP
> 330 N. Wabash, Suite 3300
> Chicago, IL 60611
> 312-321-9100(W)

Appellee    DR B

> Address
> 7905 CALUMET AVE
> Munster, IN 46321

| Date | Event | | |
|---|---|---|---|
| 05/16/2023 | **Notice of Appeal Filed** | | |
| | Certificate of Service-Method not Specified 05/09/23 | | |
| | Attorney: | SONYA WINKLER | |
| | Party: | SONYA WINKLER | |
| | File Stamp: | 05/09/2023 | |
| 05/16/2023 | **NOA Service to Trial Court** | | |
| | Serve: | Sedia, John Michael | |
| | Serve: | Trial Court Reporter 45 - Lake | |
| | Serve: | Trial Clerk 45 - Lake | |
| | Trial Court: | Trial Clerk 45 - Lake | |
| | Sent Date: | 05/16/2023 | |
| 05/16/2023 | **Filing Fee Not Paid/Rule 40 Compliance Missing** | | |
| 05/16/2023 | **Notice Regarding Case Creation** | | |
| | Party: | SONYA WINKLER | |
| | Serve: | SONYA WINKLER | |
| | Notice Sent: | 05/16/2023 | |
| 05/16/2023 | **Document Transmitted** | | |
| 05/16/2023 | **Document Transmitted** | | |
| 05/16/2023 | **Notice of Completion of Clerk's Record** | | |
| | Transcript Not Yet Completed Certificate of Service-Mailed 05/16/23 | | |
| | File Stamp: | 05/16/2023 | |
| 05/24/2023 | **Received Document** | | |
| | Receive Date: 05/23/23 Appearance ( Rosenwinkel & Goodknight)- e-mail is not a valid form of service | | |
| | PostmarkDate: | 05/23/2023 | |
| 05/24/2023 | **Notice of Defect Issued** | | |
| | Appearance | | |
| | Party: | ANONYMOUS ALLIANCE INC | |
| | Serve: | SONYA WINKLER | |
| | Serve: | Rosenwinkel, Julie Ann | |
| | Serve: | Goodknight, Libby Yin | |
| | Issue Date: | 05/24/2023 | |
| 05/24/2023 | **Document Transmitted** | | |
| 05/25/2023 | **Appearance** | | |
| | (Rosenwinkel & Goodknight) Certificate of Service-Mailed 05/24/23 | | |
| | Attorney: | Rosenwinkel, Julie Ann | |
| | Attorney: | Goodknight, Libby Yin | |
| | Party: | ANONYMOUS ALLIANCE INC | |
| | File Stamp: | 05/24/2023 | |
| 05/25/2023 | **Notice of Defect Cured** | | |
| | Clerk Comments: Appearance | | |
| | Party: | ANONYMOUS ALLIANCE INC | |
| | Serve: | SONYA WINKLER | |
| | Serve: | Rosenwinkel, Julie Ann | |
| | Serve: | Goodknight, Libby Yin | |
| | File Stamp: | 05/24/2023 | |
| 05/25/2023 | **Document Transmitted** | | |
| 06/14/2023 | **Notice of Completion of Transcript** | | |
| | Certificate of Service-Mailed 06/14/23 | | |
| | File Stamp: | 06/14/2023 | |
| 06/30/2023 | **Filing Fee Paid/Rule 40 Compliance Submitted** | | |
| | trial court granted pauper status 04/17/23 | | |

| 07/18/2023 | Motion for Extension of Time to File Brief | |
|---|---|---|
| | Certificate of Service- Mailed 07/14/2023 | |
| | Attorney: | SONYA WINKLER |
| | Party: | SONYA WINKLER |
| | File Stamp: | 07/14/2023 |
| 07/20/2023 | **Order Granting Motion for Extension of Time To File Brief** | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. Appellant's Motion to Extend Time is granted. 2. Appellant's Brief is due on August 14, 2023. | |
| | Judicial Officer: | Brown, Elaine B. |
| | Party: | SONYA WINKLER |
| | Serve: | SONYA WINKLER |
| | Serve: | DR A |
| | Serve: | DR B |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | File Stamp: | 07/20/2023 |
| 07/20/2023 | **Document Transmitted** | |
| 08/21/2023 | **Received Document** | |
| | Receive Date: 08/17/23 Appellant's Brief & Two (2) volume Appendix - Brief is missing attachment of appealed order and pages are not paginated correctly. Appendix lacks certificate of service and pages are not paginated correctly. Cover of all documents must be page 1 and all pages consecutively numbered thereafter. | |
| | PostmarkDate: | 08/14/2023 |
| 08/21/2023 | **Notice of Defect Issued** | |
| | Appellant's Brief & Appendix | |
| | Party: | SONYA WINKLER |
| | Serve: | SONYA WINKLER |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | Issue Date: | 08/21/2023 |
| 08/21/2023 | **Document Transmitted** | |
| 08/22/2023 | **Appearance** | |
| | (Ver Steeg) Certificate of Service- Electronically Served 08/22/23 and emailed as a courtesy | |
| | Attorney: | Ver Steeg, Matthew Scott |
| | Party: | DR A |
| | File Stamp: | 08/22/2023 |
| 09/18/2023 | **Court Notified Regarding Non-compliance With Order** | |
| | No Appellant's Brief filed per order issued on 7/20/2023. | |
| 09/18/2023 | **Brief and Appendix - Appellant** | |
| | Volumes of Appendix: 2 Certificate of Service- Mailed 09/05//2023 | |
| | Attorney: | SONYA WINKLER |
| | Party: | SONYA WINKLER |
| | File Stamp: | 09/05/2023 |
| 09/27/2023 | **Motion for Extension of Time to File Brief** | |
| | *Joint Motion* Certificate of Service- Electronically Served Ver Steeg and both mailed and electronically served Winkler 09/26/23 | |
| | Attorney: | Rosenwinkel, Julie Ann |
| | Attorney: | Goodknight, Libby Yin |
| | Attorney: | Ver Steeg, Matthew Scott |
| | Party: | ANONYMOUS ALLIANCE INC |
| | Party: | DR A |
| | File Stamp: | 09/26/2023 |

| 09/29/2023 | Order Granting Motion for Extension of Time To File Brief | |
| --- | --- | --- |
| | Having reviewed the matter, the Court finds and orders as follows: 1. The Verified Motion for Extension of Time to File Joint Appellees' Brief is granted. 2. Appellees' Joint Brief is due on October 26, 2023. | |
| | Judicial Officer: | Altice, Robert R. |
| | Party: | ANONYMOUS ALLIANCE INC |
| | Party: | DR A |
| | Party: | DR B |
| | Serve: | SONYA WINKLER |
| | Serve: | DR B |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | Serve: | Ver Steeg, Matthew Scott |
| | File Stamp: | 09/29/2023 |
| 09/29/2023 | Document Transmitted | |
| 10/05/2023 | Notice of Defect Cured | |
| | Clerk Comments: Brief-Appellant | |
| | Party: | SONYA WINKLER |
| | Serve: | SONYA WINKLER |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | Serve: | Ver Steeg, Matthew Scott |
| | File Stamp: | 09/05/2023 |
| 10/05/2023 | Document Transmitted | |
| 10/11/2023 | Mail Returned as Undeliverable | |
| | Recipient: Dr. A. Reason: Attempted - Not Known. Name of Document: Order issued 7/20/23. Order resent to Appellee's attorney via USPS. | |
| | Return Date: | 10/11/2023 |
| 10/27/2023 | Appendix Filed | |
| | Volumes of Appendices: 3 Certificate of Service-Mailed to Sonya Winkler, all others by e-service on 10/26/23 | |
| | Attorney: | Rosenwinkel, Julie Ann |
| | Attorney: | Goodknight, Libby Yin |
| | Attorney: | Ver Steeg, Matthew Scott |
| | Party: | ANONYMOUS ALLIANCE INC |
| | Party: | DR A |
| | File Stamp: | 10/26/2023 |
| 10/27/2023 | Brief - Appellee | |
| | Certificate of Service-Mailed to Sonya Winkler, all others by e-servic on 10/26/23 | |
| | Attorney: | Rosenwinkel, Julie Ann |
| | Attorney: | Goodknight, Libby Yin |
| | Attorney: | Ver Steeg, Matthew Scott |
| | Party: | ANONYMOUS ALLIANCE INC |
| | Party: | DR A |
| | File Stamp: | 10/26/2023 |
| 11/09/2023 | Received Document | |
| | Receive Date: 11/09/23 Appellees' Joint Response to Motion to Compel Service - Motion to Compel Service has not been tendered into this case | |
| | PostmarkDate: | 11/09/2023 |
| 11/16/2023 | Motion to Compel | |
| | Service- Appellant Certificate of Service- Mailed 11/07/2023 | |
| | Attorney: | SONYA WINKLER |
| | Party: | SONYA WINKLER |
| | File Stamp: | 11/07/2023 |

| 11/28/2023 | Response | |
|---|---|---|
| | to Motion to Compel Service Certificate of Service- Electronically Served Steeg and mailed to appellant 11/09/23 | |
| | Attorney: | Rosenwinkel, Julie Ann |
| | Attorney: | Goodknight, Libby Yin |
| | Attorney: | Ver Steeg, Matthew Scott |
| | Party: | ANONYMOUS ALLIANCE INC |
| | Party: | DR A |
| | Party: | DR B |
| | File Stamp: | 11/07/2023 |
| 11/28/2023 | **Pursuant to App.R. 23(D), Parties Notified of Filing** | |
| | Clerk Comments:Appellees' Joint Response to Motion to Compel Service | |
| | Party: | ANONYMOUS ALLIANCE INC |
| | Party: | DR A |
| | Party: | DR B |
| | Serve: | SONYA WINKLER |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | Serve: | Ver Steeg, Matthew Scott |
| | Sent Date: | 11/28/2023 |
| 11/28/2023 | **Document Transmitted** | |
| 11/28/2023 | **Order Denying Motion to Compel** | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. The Clerk of the Court is directed to file Appellees' Verified Joint Response to Motion to Compel Service as of the date of this order. 2. Appellant's Verified Motion to Compel service of Joint Appellees' Brief and Appendix is denied. 3. Appellant's reply brief is due within fifteen (15) days of the date of this order, as a final extension. | |
| | Judicial Officer: | Altice, Robert R. |
| | Party: | SONYA WINKLER |
| | Serve: | SONYA WINKLER |
| | Serve: | DR B |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | Serve: | Ver Steeg, Matthew Scott |
| | File Stamp: | 11/28/2023 |
| 11/28/2023 | **Document Transmitted** | |
| 12/20/2023 | **Brief - Appellant Reply** | |
| | Certificate of Service-Mailed 12/13/23 | |
| | Attorney: | SONYA WINKLER |
| | Party: | SONYA WINKLER |
| | File Stamp: | 12/13/2023 |
| 12/21/2023 | **Trial Court Clerk Notified to Transmit Transcript** | |
| | Serve: | Trial Clerk 45 - Lake |
| | Trial Clerk: | Trial Clerk 45 - Lake |
| | Date Sent: | 12/21/2023 |
| 12/21/2023 | **Document Transmitted** | |
| 12/27/2023 | **Motion to Strike** | |
| | Certificate of Service- Mailed to Appellant and Electronically Served all other parties 12/26/23 | |
| | Attorney: | Rosenwinkel, Julie Ann |
| | Attorney: | Goodknight, Libby Yin |
| | Attorney: | Ver Steeg, Matthew Scott |
| | Party: | ANONYMOUS ALLIANCE INC |
| | Party: | DR A |
| | Party: | DR B |
| | File Stamp: | 12/26/2023 |
| 01/05/2024 | **Appearance** | |
| | Certificate of Service- Electronically Served 01/05/24 | |
| | Attorney: | Rogers, Bryan Elliott |
| | Party: | DR A |
| | File Stamp: | 01/05/2024 |

| | | |
|---|---|---|
| 01/05/2024 | **Received Document** | |
| | Receive Date: 01/05/24 Motion to Withdraw Appearance of Matthew Ver Steeg - Certificate of service does not indicate Motion was served and does not provide date of service. | |
| | PostmarkDate: | 01/05/2024 |
| 01/05/2024 | **Notice of Defect Issued** | |
| | Motion to Withdraw Appearance of Matthew Ver Steeg | |
| | Party: | DR A |
| | Serve: | SONYA WINKLER |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | Serve: | Ver Steeg, Matthew Scott |
| | Serve: | Rogers, Bryan Elliott |
| | Issue Date: | 01/05/2024 |
| 01/05/2024 | **Document Transmitted** | |
| 01/08/2024 | **Motion to Withdraw Appearance** | |
| | (Matthew S. Ver Steeg) Certificate of Service- Electronically Served 01/08/24 | |
| | Attorney: | Ver Steeg, Matthew Scott |
| | Attorney: | Rogers, Bryan Elliott |
| | Party: | DR A |
| | File Stamp: | 01/08/2024 |
| 01/08/2024 | **Notice of Defect Cured** | |
| | Clerk Comments: Motion to Withdraw Appearance of Matthew S. Ver Steeg | |
| | Party: | DR A |
| | Serve: | SONYA WINKLER |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | Serve: | Ver Steeg, Matthew Scott |
| | Serve: | Rogers, Bryan Elliott |
| | File Stamp: | 01/08/2024 |
| 01/08/2024 | **Document Transmitted** | |
| 01/10/2024 | **Electronic Documents Received from Trial Court Clerk** | |
| | Volumes of Transcripts - One (1) Volumes of T/C - One (1) Received By-Mailed 01/02/2024 | |
| | Postmark: | 12/27/2023 |
| 01/18/2024 | **Order Granting Motion to Withdraw Appearance** | |
| | Having reviewed the matter, the Court finds and orders as follows: 1. The Motion to Withdraw Appearance of Matthew S. Ver Steeg is granted. 2. The Clerk of the Court is directed to remove from the Clerk's on-line docket Attorney Matthew S. Ver Steeg as counsel of record for Appellee. 3. The Clerk of the Court is directed to send this order to the parties and former counsel of record. | |
| | Judicial Officer: | Brown, Elaine B. |
| | Attorney: | Ver Steeg, Matthew Scott |
| | Serve: | SONYA WINKLER |
| | Serve: | DR B |
| | Serve: | Rosenwinkel, Julie Ann |
| | Serve: | Goodknight, Libby Yin |
| | Serve: | Ver Steeg, Matthew Scott |
| | Serve: | Rogers, Bryan Elliott |
| | File Stamp: | 01/18/2024 |
| 01/18/2024 | **Case Fully Briefed** | |
| | Oral Argument Requested: No | |
| | FB Date: | 01/18/2024 |
| 01/18/2024 | **Transmitted to Court of Appeals** | |
| 01/18/2024 | **Document Transmitted** | |
| 01/23/2024 | **Received Document** | |
| | Receive Date: 01/22/24 Appellant's Response to Appellees' Verified Motion to Strike New Arguments in Appellant's Reply Brief - Response appears to be untimely. | |
| | PostmarkDate: | 01/16/2024 |

| 02/08/2024 | Mail Returned as Undeliverable | |
|---|---|---|
| | Recipient: Dr. B Reason: Dr. No longer at this location. RTS. Name of Document: Order issued 1/18/24 by mail. Order resent by mail on 2/28/24. | |
| | Return Date: | 02/07/2024 |
| 03/07/2024 | Mail Returned as Undeliverable | |
| | Recipient: Dr. B Reason: Return to sender. Attempted - not known. Unable to forward. Name of Document: Order issued 1/18/24 by mail. Order returned 2/7/24 and resent by mail. Order placed with case on 3/7/24. | |
| | Return Date: | 03/06/2024 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**SONYA WINKLER**
Appellant

**Balance Due** (as of 05/01/2024)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 0.00 | 0.00 | 0.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 06/30/2023 | Adjustment | (250.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.