# Exhibit B

IN THE

# COURT OF APPEALS OF INDIANA

Sonya Winkler,

*Appellant,*

v.

Anonymous Alliance, Inc., et al.,

*Appellees.*

Court of Appeals Cause No. 23A-CT-1091



FILED
May 03 2024, 11:00 am
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

## Order

[1]  Appellees, by respective counsel, have filed a Verified Motion to Strike New Arguments in Appellant's Reply Brief.

[2]  Having reviewed the matter, the Court finds and orders as follows:

Appellees' Verified Motion to Strike New Arguments in Appellant's Reply Brief is granted. The arguments raised for the first time in Appellant's Reply Brief are stricken.

Ordered: 5/3/2024

Mathias, Tavitas, Weissmann, JJ., concur.

For the Court,

_____
Chief Judge