1—

2024 May Tues the 7th

I, Sonya Winkler hereby
withdrawl (prose) from
case due to mental
health reasons.

-FILED-

MAY 10 2024

Chanda J. Bedar, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

23A-CT-01091

send to
1- Court of Appeals
2- District Northern
3- Libby
4- Julie          Case No. 2:24-
5- Bryan          cv-00149-1
                  PPS-APR

I believed this case had
merit. Now I only
feel fear. No more TV/computer,
internet or phone.