3826-170th St.
Hammond, IN.
46323

S SUBURBAN IL 604
8 MAY 2024 PM 4 L



United States District Court
Northern District of Indiana
5400 Federal Plaza, Suite 2300
Hammond, IN.
46320

46320-184775