UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SONYA WINKLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 2:24-cv-149-PPS |
| DAVID JOHN HARRIS, M.D., and FRANCISCAN ALLIANCE, INC., *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

On May 7, 2024, Plaintiff Sonya Winkler mailed a letter to the Court indicating her intention to withdraw her case. [DE 7.] I will treat this letter, docketed on May 13, as a Motion to Dismiss by Plaintiff. Accordingly, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, I grant Plaintiff's Motion to Dismiss [DE 7] and this action is hereby **DISMISSED WITHOUT PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: May 14, 2024

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT